# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Ashley Hunt, individually and on behalf of all others )<br>*Plaintiff* )<br>v. )<br>Golden Corral Corporation )<br>*Defendant* ) | Case No. 5:24-cv-125-D-BM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ashley Hunt, individually and on behalf of all others similarly situated.

Date: 02/29/2024

/s/ David M. Wilkerson
*Attorney's signature*

David M. Wilkerson, Bar No. 35742
*Printed name and bar number*
Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801

*Address*

dwilkerson@vwlawfirm.com
*E-mail address*

(828) 258-2991
*Telephone number*

(828) 257-2767
*FAX number*